UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LANA STEWART,<br><br>                Plaintiff,<br><br>   v.<br><br>PEOPLE'S BANK,<br><br>               Defendant. | C18-383 TSZ<br><br>MINUTE ORDER |

     The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

     (1)    Attorney Jeffrey P. Fairchild's notice of withdrawal, docket no. 9, does not comply with Local Civil Rule 83.2(b), and has no effect. If Mr. Fairchild wishes to withdraw as counsel of record for defendant People's Bank, he shall file either a motion, with an appropriate certification and proof of service on defendant, or a stipulation and proposed order executed on behalf of all parties to this action.

     (2)    The Clerk is directed to correct the docket accordingly and to send a copy of this Minute Order to all counsel of record.

     Dated this 2nd day of May, 2018.

                                                        William M. McCool
                                                        Clerk

                                                        s/Karen Dews
                                                        Deputy Clerk

MINUTE ORDER - 1