# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LANA STEWART<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PEOPLE'S BANK,<br><br>　　　　　Defendant. | NO. 2:18-cv-00383-TSZ<br><br>**STIPULATION AND ORDER FOR WITHDRAWAL** |

**STIPULATION**

Pursuant to Local Civil Rule 83.2(b)(1), the parties hereby stipulate and agree that Tina M. Aiken and Darren A. Feider of the law firm of Sebris Busto James shall be substituted as counsel for Defendant People's Bank. Further, Jeffrey P. Fairchild and the law firm Adelstein, Sharpe & Serka LLP, shall withdraw as attorneys for Defendant People's Bank, and they shall no longer represent or have any responsibility to represent the above-named Defendant in this matter.

ADELSTEIN, SHARPE & SERKA LLP
400 NORTH COMMERCIAL STREET • P. O. BOX 5158
BELLINGHAM, WASHINGTON 98227-5158
TELEPHONE' (360) 671-6565
FAX: (360) 647-8148 • WEBSITE: WWW.ADELSTEIN.COM

Counsel respectfully requests that all future notices, papers, pleadings, and other materials be served upon Ms. Aiken and Mr. Feider at the addresses below stated.

DATED this 24th day of May, 2018.

ADELSTEIN, SHARPE & SERKA LLP

By: /s/ Jeffrey Fairchild
Jeffrey P. Fairchild, Esq., WSBA #18895
Withdrawing Attorney for Defendant People's Bank
Adelstein, Sharpe & Serka LLP
400 N Commercial St., P.O. Box 5158
Bellingham, WA 98225
Phone: (360) 671-6565
jfairchild@adelstein.com


SEBRIS BUSTO JAMES

By: /s/ Darren Feider
Darren A. Feider, Esq., WSBA #22430
Substituting Attorney for Defendant People's Bank
Sebris Busto James
14205 SE 36th Street, Suite 325
Bellevue, WA 98006
Phone: (424) 454-4233
dfeider@sebrisbusto.com


SEBRIS BUSTO JAMES

By: /s/ Tina Aiken
Tina M. Aiken, Esq., WSBA #27792
Substituting Attorney for Defendant People's Bank
Sebris Busto James
14205 SE 36th Street, Suite 325
Bellevue, WA 98006
Phone: (424) 454-4233
taiken@sebrisbusto.com

ADELSTEIN, SHARPE & SERKA LLP
400 NORTH COMMERCIAL STREET • P. O. BOX 5158
BELLINGHAM, WASHINGTON 98227-5158
TELEPHONE: (360) 671-6565
FAX: (360) 647-8148 • WEBSITE: WWW.ADELSTEJN.COM

1

2  NOLAN LIM LAW FIRM, PS

3

4  By: /s/ Nolan Lim
       Nolan Lim, Esq., WSBA #36830
5      Attorney for Plaintiff Lana Stewart
       Nolan Lim Law Firm, PS
6      705 Second Ave., Suite 1000
       Seattle, WA 98104
7      Phone: (206) 774-8874
       nolan@nolanlimlaw.com
8

ADELSTEIN, SHARPE & SERKA LLP
400 NORTH COMMERCIAL STREET • P. O. BOX 5158
BELLINGHAM, WASHINGTON 98227-5158
TELEPHONE: (360) 671-6565
FAX: (360) 647-8148 • WEBSITE: WWW.ADELSTEIN.COM

**ORDER**

Pursuant to the parties' stipulation, IT IS NOW, THEREFORE ORDERED that Jeffrey P. Fairchild and the law firm Adelstein, Sharpe & Serka LLP, are permitted to withdraw as attorneys for Defendant People's Bank;

IT IS FURTHER ORDERED that Tina M. Aiken and Darren A. Feider of the law firm of Sebris Busto James are hereby substituted as counsel for Defendant People's Bank.

DATED this 29th day of May, 2018.

_____
Thomas S. Zilly
United States District Judge

ADELSTEIN, SHARPE & SERKA LLP
400 NORTH COMMERCIAL STREET • P. O. BOX 5158
BELLINGHAM, WASHINGTON 98227-5158
TELEPHONE: (360) 671-6565
FAX: (360) 647-8148 • WEBSITE: WWW.ADELSTEIN.COM