UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LANA STEWART,

        Plaintiff,

  v.

PEOPLE'S BANK,

        Defendant.

C18-383 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' stipulated motion, docket no. 21, to continue the trial date and related deadlines is GRANTED as follows.

| **JURY TRIAL DATE** | **June 24, 2019** |
|---|---|
| Disclosure of expert testimony | November 5, 2018 |
| Discovery motions filing deadline | December 6, 2018 |
| Discovery completion deadline | January 28, 2019 |
| Dispositive motions filing deadline | February 28, 2019 |
| Deadline for filing motions relating to expert witnesses (*e.g.*, Daubert motions) | March 7, 2019 |

MINUTE ORDER - 1

| Motions in limine filing deadline | May 23, 2019 |
|---|---|
| Agreed pretrial order due | June 7, 2019 |
| Trial briefs, proposed voir dire questions, and jury instructions due | June 7, 2019 |
| Pretrial conference | June 14, 2019 at 1:30 p.m. |

All other terms and conditions, and all dates and deadlines not inconsistent herewith, contained in the Minute Order Setting Trial Date and Related Dates, docket no. 16, shall remain in full force and effect.

    (2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 11th day of October, 2018.

                                      William M. McCool
                                      Clerk

                                      s/Karen Dews
                                      Deputy Clerk